**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CONSTANTINO CARRERA**, | No. 08-99007 |
| Petitioner - Appellant, | D.C. No. 1:90-CV-00478-AWI |
| v. | |
| **ROBERT L. AYERS Jr., Warden of the California State Prison at  San Quentin**, | **ORDER** |
| Respondent - Appellee. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.